1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 elizabeth_barros@fd.org

5 Attorneys for Mr. Barajas-Perez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj1137 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **OLIVO BARAJAS-PEREZ** | ) | |
| Defendant. | ) | |

16
       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

       **ASSISTANT UNITED STATES ATTORNEY**
       efile.dkt.gc1@usdoj.gov,

Dated: April 22, 2008                                 *s/ Elizabeth M. Barros*
                                                        **ELIZABETH M. BARROS**
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467 (tel)
                                                       (619) 687-2666 (fax)
                                                       e-mail: elizabeth_barros@fd.org